**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ahmed S.,                                    Case No. 26-cv-2265 (KMM/DLM)

        Petitioner,

v.                                                        **ORDER**

Todd Blanche, et al.,

        Respondents.

---

**IT IS HEREBY ORDERED THAT**:

1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Ahmed S. by no later than **April 23, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.    Respondents' answer shall include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **April 30, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    Respondents are **PROHIBITED** from transferring Petitioner to another district **without at least 24 hours prior notice** to the Court and opposing counsel so that Petitioner remains able to communicate with his attorney.

1

Dated: April 16, 2026                    *s/Katherine M. Menendez*
                                         Katherine M. Menendez
                                         United States District Judge