# UNITED STATES DISTRICT COURT
## District of Minnesota

Ahmed Said,

Petitioner(s),

v.

Todd Blanche, Markwayne Mullin, David Easterwood, David J. Venturella and Joel Brott,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-2265 KMM/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Respondents are **ENJOINED** from effectuating Petitioner's third-country removal to Cameroon unless and until Respondents provide him with a meaningful opportunity to respond to such a removal in reopened removal proceedings with a hearing before an immigration judge.

Date: 10/6/2026

KATE M. FOGARTY, CLERK